UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| FAUSTO GARCIA, | MOTION TO VACATE |
| | 28 U.S.C. § 2255 |
| Movant, | CRIMINAL NO. |
| | 4:08-CR-0062-RLV-WEJ-2 |
| v. | |
| | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | 4:11-CV-0180-RLV |
| Respondent. | |

O R D E R

After carefully considering the report and recommendation of of the magistrate judge dated September 13, 2011, and the objections to that report and recommendation filed by the movant on September 29, 2011, the court receives the magistrate judge's report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 5TH day of October, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge